Phillip J. Eskenazi, Esq. (SBN 158976)
peskenazi@hunton.com
Jason J. Kim, Esq. (SBN 221476)
kimj@hunton.com
**HUNTON & WILLIAMS LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

Niall P. McCarthy, Esq. (SBN 160175)
nmccarthy@cpmlegal.com
Anne Marie Murphy, Esq.(SBN 202540)
amurphy@cpmlegal.com
Aron K. Liang, Esq. (SBN 228936)
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Attorneys for Plaintiffs
KIMBERLY BENSON, KARIMDAD
BALOCH and NEERJA JAIN
GURSAHANEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMBERLY BENSON, KARIMDAD BALOCH and NEERJA JAIN GURSAHANEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., individually and as successor in interest of WASHINGTON MUTUAL, INC.,<br><br>Defendant. | CASE NO.: CV 09-5272 – EMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [LOCAL RULE 6-1(a)]** ; ORDER<br><br>Complaint served:   November 12, 2009 |

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1. Pursuant to Local Rule 6-1(a), Plaintiffs Kimberly Benson, Karimdad Baloch and Neerja Jain Gursahaney ("Plaintiffs") and Defendant JPMorgan Chase Bank, N.A. ("Defendant"), stipulate as follows:

**WHEREAS**, Plaintiffs served Defendant with their Class Action Complaint on November 12, 2009;

**WHEREAS**, Defendant's time to answer or otherwise respond to Plaintiffs' Complaint is December 2, 2009;

**WHEREAS**, Plaintiffs have purported to bring a class action that raises many procedural and substantive issues, and Defendant and its counsel need ample time to investigate the claims and allegations in addition to preparing a response thereto;

**WHEREAS**, Plaintiffs and Defendant have agreed that Defendant shall have an additional 21 days to answer or otherwise respond to Plaintiffs' Class Action Complaint;

**WHEREAS**, no other dates in this action have been set by the Court;

**WHEREAS**, Plaintiffs and Defendant have agreed that this stipulation shall not be construed as a waiver of any kind;

**NOW, THEREFORE**, Plaintiffs and Defendant hereby stipulate that Defendant shall answer or otherwise respond to the Class Action Complaint by December 23, 2009.

Dated: November 25, 2009        HUNTON & WILLIAMS LLP


By /s/ Phillip J. Eskenazi
   Phillip J. Eskenazi
  Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

| | |
|---|---|
| Dated: November 25, 2009 | COTCHETT, PITRE & McCARTHY |
| | |
| | By /s/ Anne Marie Murphy |
| | Anne Marie Murphy |
| | Attorneys for Plaintiffs |
| | KIMBERLY BENSON, KARIMDAD BALOCH and NEERJA JAIN GURSAHANEY |

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge