Phillip J. Eskenazi (SBN 158976)
peskenazi@hunton.com
Jason J. Kim (SBN 221476)
kimj@hunton.com
**HUNTON & WILLIAMS LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:   (213) 532-2020

Charles A. Gall (*Admitted Pro Hac Vice*)
cgall@hunton.com
James W. Bowen (*Admitted Pro Hac Vice*)
jbowen@hunton.com
**HUNTON & WILLIAMS LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone:  (214) 979-3000
Facsimile:   (214) 880-0011

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A

Gilmur R. Murray (SBN 111856)
gmurray@murrayhowardlaw.com
Derek G. Howard (SBN 118082)
dhoward@murrayhowardlaw.com
MURRAY & HOWARD, LLP
900 Larkspur Landing Circle, Suite 103
Larkspur, California 94939
Telephone:  (415) 461-3200
Facsimile:   (415) 461-3208

Attorneys for Plaintiff
JOHN ALEXANDER LOWELL

Niall P. McCarthy, Esq. (SBN 160175)
nmccarthy@cpmlegal.com
Anne Marie Murphy, Esq.(SBN 202540)
amurphy@cpmlegal.com
Aron K. Liang, Esq. (SBN 228936)
COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

Attorneys for Plaintiffs
KIMBERLY BENSON, KARIMDAD BALOCH and NEERJA JAIN GURSAHANEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| KIMBERLY BENSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, etc., <br><br> Defendant. <br><br> JOHN ALEXANDER LOWELL, etc., <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, etc., <br><br> Defendant | CASE NO.: CV 09-5272 (EMC) <br> CASE NO.: CV 09-5560 (EMC) <br><br> **[PR~~OP~~OSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINTS [LOCAL RULE 6-1(b)]** |
|---|---|

1  The Court having reviewed the stipulation of the parties through their counsel and
2  for good cause shown; IT IS HEREBY ORDERED that Defendant's deadline for
3  responding to Plaintiffs' Class Action Complaints is extended to May 13, 2010.
4  PURSUANT TO STIPULATION, IT IS SO ORDERED this ___3rd___ day of
5  _____May_____, 2010.



By: _____
Edward M. Chen
United States Magistrate Judge

**Hunton & Williams LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

2
[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINTS
[LOCAL RULE 6-1(b)]
*64226.001200 EMF_US 30624933v1*