UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| KIMBERLY BENSON, et al., | No. C 09-5272 MEJ |
| Plaintiffs, | (Related Cases) |
| v. | |
| JPMORGAN CHASE BANK, et al., | **NOTICE OF REASSIGNMENT & ORDER REQUESTING STATUS REPORT** |
| Defendant. | |
| _____/ | |
| JOHN ALEXANDER LOWELL, et al., | |
| Plaintiffs | No. C 09-5560 MEJ |
| v. | |
| JPMORGAN CASE BANK, et al., | |
| Defendants | |
| _____/ | |

These related cases have been reassigned to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. When filing papers that require the Court to take any action, the parties shall lodge chambers copies by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy."

To assist the undersigned, the Court requests that the parties file a joint case status report by July 15, 2010.

**IT IS SO ORDERED.**

Dated: July 6, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge